# UNITED STATES DISTRICT COURT

EASTERN                    **District of**                    CALIFORNIA

KEITH WAYNE HOWRY,

Plaintiff

V.

Commissioner of Social Security,

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:10-at-00753

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this _____30th_____ day of _____September_____ , ___2010___ .

/s/ Sheila K. Oberto
_____
Signature of Judicial Officer

Sheila K. Oberto, U.S. Magistrate Judge
_____
Name and Title of Judicial Officer