Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Keith Wayne Howry

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| KEITH WAYNE HOWRY, | Case No.: 1:10-cv-01792-DLB |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Keith Wayne Howry ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.

DATE: April 1, 2011               Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                         /s/ *Denise Bourgeois Haley*
                              BY:_____
                                  Denise Bourgeois Haley
                                  Attorney for plaintiff Keith Wayne Howry

DATE: April 1, 2011               BENJAMIN B. WAGNER
                                  United States Attorney


                                         /s/ *Francesco Benavides*
                                  _____
                                  Francesco Benavides
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
                                  (Per e-mail authorization)

     IT IS HEREBY ORDERED

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

   Dated:  **April 5, 2011**                    /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE

-2-